IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIOUS A. MAYS,

    Petitioner,                   No. 2:10-cv-0533 LKK KJN P

    vs.

KEN CLARK,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding without counsel. On August 27, 2010, petitioner filed a motion to withdraw his motion to stay the petition. However, by order filed August 17, 2010, petitioner's motion to stay this action was denied. Accordingly, petitioner's motion to withdraw will be denied as moot. Petitioner also seeks a sixty day extension of time to file a traverse. However, on August 26, 2010, petitioner was granted an extension of time to September 28, 2010 in which to file a traverse. Petitioner has failed to provide any support for an additional thirty days. Thus, petitioner's request will be denied.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 27, 2010 motion to withdraw (dkt. no. 28) is denied.

////

////

1

2. Petitioner's August 27, 2010 request for an additional sixty days in which to file a traverse is denied. Petitioner's traverse is due on or before September 28, 2010.

DATED: August 31, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mays0533.den