IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIOUS A. MAYS,

    Petitioner,                                      No. CIV S-10-533 LKK CHS

   vs.

KEN CLARK, Warden,

    Respondent.                                  <u>ORDER</u>

_____/

        Mays, a state prisoner, proceeds pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  At issue is his first degree murder conviction in the Sacramento County Superior Court, case number 05F01223, for which he is serving life in prison without the possibility of parole.

        A copy of the video recording of Detective Husted's February 9, 2005 interview with Mays, referenced at pages 29-30 of the state court of appeal's slip opinion, would be helpful to a determination in this case.  Accordingly, pursuant to Rules 5 and 7 of the Rules Governing Section 2254 Cases in the United States District Courts, respondent is directed to obtain and furnish the court with a copy of this video recording.  IT IS SO ORDERED.

DATED: October 25, 2011

                                                   CHARLENE H. SORRENTINO
                                                   UNITED STATES MAGISTRATE JUDGE

1